

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK

THE DATE OF ENTRY IS

ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 17, 2013**

*Horli DeWayn Hale*

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Kenneth John Civiletto | § | Case No. 13-70025-HdH-13 |
| | § | |
| | § | Chapter 13 |
| DEBTOR | § | |

<u>ORDER DISMISSING CHAPTER 13 CASE</u>

Debtor's Motion to Dismiss Chapter 13 Case came on to be heard/considered and after reviewing the pleadings and/or hearing the arguments of counsel, the Court finds the following:

1. Debtor filed a Voluntary Motion to Dismiss pursuant to U.S.C. 1307(b).

2. The Court finds that the above-referenced Chapter 13 case should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered case is hereby dismissed.

### # # # END OF ORDER # # #

PREPARED BY:                              /s/Kenneth Civiletto
Monte J. White, Attorney for Debtor(s)
Monte J. White & Asssociates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax
legal@montejwhite.com

United States Bankruptcy Court
Northern District of Texas

In re:                                                                    Case No. 13-70025-hdh
Kenneth John Civiletto                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-7          User: jblanco          Page 1 of 1          Date Rcvd: Oct 18, 2013
                             Form ID: pdf022         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2013.
db          +Kenneth John Civiletto,     514 Magnolia,    Burkburnett, TX 76354-2435
15299496     BURKBURNETT ISD,     C/O PERDUE BRANDON FIELDER COLLINS & MOT,     PO BOX 8188,
             WICHITA FALLS TX 76307-8188
15300971    +Bassel & Wilcox, P.L.L.C.,     P.O. Box 11509,    Fort Worth, TX 76110-0509
15279630    +City of Burk-ISD-Wichita County,     CO Harold Lerew,    PO Box 8188,    Wichita Falls, TX 76307-8188
15279632    +Executive Services,     PO Box 2248,    Wichita Falls, TX 76307-2248
15300972    ++FORD MOTOR CREDIT COMPANY,     PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     Drawer 55-953,    P.O. Box 55000,
             Detroit, MI 48255-0953)
15279633    +Fire & Safety Inc,     1601 MLK Jr. Blvd,    PO Box 8012,    Wichita Falls, TX 76307-8012
15279634    +Ford Cred,    Ford Credit,    PO Box 6275,    Deerborn, MI 48121-6275
15279636    +Monte J. White & Associates,     1106 Brook Ave,    Wichita Falls TX 76301-5009
15279637     Radiology Associates,     808 Brook Avenue,    Wichita Falls, Texas 76301-4289
15299453     WICHITA COUNTY & BURKBURNETT CITY,     C/O PERDUE BRANDON FIELDER COLLINS & MOT,     PO BOX 8188,
             WICHITA FALLS TX 76307-8188
15279639    +Youngs A-C & Comm. Refrig. Inc,     951 Cropper Rd,    Burkburnett, TX 76354-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15279631     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2013 23:02:28      Discover,    PO Box 30395,
             Salt Lake City, UT 84130-0395
15279635     E-mail/Text: cio.bncmail@irs.gov Oct 18 2013 22:49:16      IRS Special Procedures,
             1100 Commerce St., Room 951,    Mail Stop 5029 DAL,    Dallas, TX 75246
15279638    +E-mail/Text: bankruptcy.notices@usfcu.us Oct 18 2013 22:54:08      Union Square,
             1401 Holliday St.,    Wichita Falls, TX 76301-7108
                                                                                 TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2013 at the address(es) listed below:
          Monte J. White    on behalf of Debtor Kenneth John Civiletto legal@montejwhite.com,
          mjwhiteoffice@gmail.com
          Stephen Wilcox    on behalf of Creditor    Ford Motor Credit Company LLC kraudry@wilcoxlaw.net,
          swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net
          United States Trustee    ustpregion06.da.ecf@usdoj.gov,    albert.loftus@usdoj.gov
          Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,    ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                 TOTAL: 4